**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | LJK Wallcoverings, Inc. |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | LJK Finishes, Inc. |
| **3. Debtor's federal Employer Identification Number (EIN)** | 1 3 – 4 0 9 3 2 7 8 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14 Fieldstone Drive <br> Number        Street | Number        Street |
| Hartsdale, NY 10530 <br> City                    State    ZIP Code | City                    State    ZIP Code |
| Westchester <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number        Street <br><br> City                    State    ZIP Code |

**5. Debtor's website (URL)**    https://ljkfinishes.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  LJK Wallcoverings, Inc.
_____    Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
  2__3__8__3__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                             MM / DD / YYYY

       District _____ When _____ Case number _____
                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                           MM / DD / YYYY

       Case number, if known _____

| Debtor | LJK Wallcoverings, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number     Street

_____
City                                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49       ☐ 50-99        ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999      ☐ 10,001-25,000                      ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million      ☐ More than $50 billion

| Debtor | LJK Wallcoverings, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

Scott Katz
Printed name

Title _____ VIce President _____

**18. Signature of attorney**

X *Charles A. Higgs*
Signature of attorney for debtor

Date 11/10/2023
MM/ DD/ YYYY

Charles A. Higgs
Printed name

The Law Office of Charles A. Higgs
Firm name

2 Depot Plaza First Floor, Office 4
Number          Street

Bedford Hills                    NY          10507
City                             State       ZIP Code

(917) 673-3768                   charles@freshstartesq.com
Contact phone                    Email address

_____           _____
Bar number                       State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| Fill in this information to identify the case: |
| --- |
| Debtor name                    LJK Wallcoverings, Inc. |
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number (if known): |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  American Express P.O. Box 981537 El Paso, TX 79998 | | Credit Card | | | | $13,836.17 |
| 2  Can Capital 414 West 14th Street New York, NY 10014 | | Merchant Cash Advance | | | | $58,500.15 |
| 3  Can Capital 414 West 14th Street , 10014 | | Merchant Cash Advance | | | | $13,031.63 |
| 4  Forward Financing LLC 53 State Street 20th Floor Boston, MA 02109 | | Merchant Cash Advance | | | | $23,961.84 |
| 5  Home Depot P.O. Box 790328 Saint Louis, MO 63179 | | Credit Card | | | | $8,268.26 |
| 6  Home Depot Pro P.O. Box 790328 Saint Louis, MO 63179 | | Credit Card | | | | $6,800.00 |
| 7  IRS Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | Federal Tax Lien | | | | $38,204.75 |
| 8  IRS Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | Federal Tax Lien | | | | $29,140.09 |

Debtor    LJK Wallcoverings, Inc._____    Case number *(if known)* _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Federal Tax Lien | | | | $8,983.06 |
| 10 | JP Morgan Chase Ink Card<br>PO Box 15369<br>Wilmington, DE 19850 | | Credit Card | | | | $25,748.36 |
| 11 | Lendini, Powered by Funding Metrics, LLC<br>3220 Tillman Drive Suite 200<br>Bensalem, PA 19020 | | Merchant Cash Advance | | | | $23,961.84 |
| 12 | NYS Dep't of Taxation and Finance<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>Albany, NY 12205-0300 | | Tax Debt | | | | $150.00 |
| 13 | On Deck Capital<br>1500 Broadway 25th Floor<br>New York, NY 10018 | | Merchant Cash Advance | | | | $34,437.60 |
| 14 | SBA EIDL<br>409 3rd Street SW<br>Washington, DC 20416 | | Money Loaned (COVID 19 Economic Injury Disaster Loan) | | | | $30,000.00 |
| 15 | Sherwin Williams<br>Attn: President<br>101 Weste Prospect Ave.<br>Cleveland, OH 44115 | | | | | | $500.00 |
| 16 | Silver Line Capital<br>99 Wall Street 1471<br>New York, NY 10005 | | Merchant Cash Advance | | | | $45,000.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor Name   **LJK Wallcoverings, Inc.**

United States Bankruptcy Court for the:   **Southern**   District of   **New York**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **JP Morgan Chase Bank, NA** | **Checking account** | **1  2  7  1** | $1,876.01 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | | | |
| 4.2. | | | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | $1,876.01 |

### Part 2:   Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. | |
| 7.2. | |

Debtor    __LJK Wallcoverings, Inc._____    Case number *(if known)* _____
                Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1    _____    _____

      8.2    _____    _____

9.    **Total of Part 2**                                                    _____

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10.   **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.

      ☐ Yes. Fill in the information below.

                                                                            **Current value of
                                                                            debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:    _____ - _____ =..... ➔    _____
                                   face amount         doubtful or uncollectible accounts

      11b. Over 90 days old:    _____ - _____ =..... ➔    _____
                                face amount         doubtful or uncollectible accounts

12.   **Total of Part 3**                                                    _____

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                    **Valuation method used    Current value of
                                                    for current value          debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1    _____    _____    _____

      14.2    _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                              % of
                                                   ownership:

      15.1    _____    _____    _____    _____

      15.2    _____    _____    _____    _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable
      instruments not included in Part 1**

      Describe:

      16.1    _____    _____    _____

Debtor      **LJK Wallcoverings, Inc.**                                          Case number (if known) _____
            Name

| 16.2 | | | |
|------|--|--|--|

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|--|--|

**Part 5:**      Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20.** **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22.** **Other inventory or supplies** | | | | |
| **20 Ladders Varying in Size** | | $3,500.00 | | $3,500.00 |
| | MM / DD / YYYY | | | |
| **Three Stages of Scaffolding** | | $1,895.00 | | $1,895.00 |
| | MM / DD / YYYY | | | |
| **Three Paint Spray Machines** | | $2,000.00 | | $2,000.00 |
| | MM / DD / YYYY | | | |
| **Power Washer** | | $250.00 | | $250.00 |
| | MM / DD / YYYY | | | |
| **Ten Lights** | | $1,000.00 | | $1,000.00 |
| | MM / DD / YYYY | | | |
| **Fifty Drop Cloths** | | $1,750.00 | | $1,750.00 |
| | MM / DD / YYYY | | | |
| **Three Wall Paper Table Set-Ups** | | $1,500.00 | | $1,500.00 |
| | MM / DD / YYYY | | | |
| **Three Vacuums** | | $1,250.00 | | $1,250.00 |
| | MM / DD / YYYY | | | |
| **Four Sanding Machines** | | $575.00 | | $575.00 |
| | MM / DD / YYYY | | | |
| **Miscellaneous Hand Tools** | | $785.00 | | $785.00 |
| | MM / DD / YYYY | | | |
| **Five Rolling Sticks** | | $125.00 | | $125.00 |
| | MM / DD / YYYY | | | |

| Debtor | LJK Wallcoverings, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Table Saw | | $200.00 | $200.00 |
|---|---|---|---|
| | MM / DD / YYYY | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

|  |
|---|
| $14,830.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

|  |
|---|
|  |

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

Debtor    __LJK Wallcoverings, Inc._____     Case number *(if known)* _____
          Name

---

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| _____ | _____ | _____ | _____ |
| 40. **Office fixtures** | | | |
| _____ | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43.  **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

_____

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

Debtor    **LJK Wallcoverings, Inc.**                                           Case number *(if known)* _____
                  Name

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____    _____    _____    _____

47.2 _____    _____    _____    _____

47.3 _____    _____    _____    _____

47.4 _____    _____    _____    _____

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    _____    _____    _____

48.2 _____    _____    _____    _____

**49.** **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____    _____    _____

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                    _____

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 9:    Real property

**54.** **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor    **LJK Wallcoverings, Inc.**                                      Case number *(if known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     | _____ |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** _____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** _____ | _____ | _____ | _____ |
| 62.  **Licenses, franchises, and royalties** _____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** _____ | _____ | _____ | _____ |
| 64.  **Other intangibles, or intellectual property** _____ | _____ | _____ | _____ |
| 65.  **Goodwill** | | | |

Debtor    __LJK Wallcoverings, Inc._____    Case number *(if known)* _____
      Name

**66.**  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.**  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.**  **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    _____
                                          Total face amount      doubtful or uncollectible amount

**72.**  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.**  **Interests in insurance policies or annuities**

_____    _____

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

Nature of claim    _____

Amount requested    _____

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **LJK Wallcoverings, Inc.**                                    Case number *(if known)* _____
                Name

Nature of claim    _____

Amount requested    _____

76.    **Trusts, equitable or future interests in property**
_____

77.    **Other property of any kind not already listed** *Examples:* Season
        tickets, country club membership
_____

_____

78.    **Total of Part 11**
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,876.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,830.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........91a. | $16,706.01 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................ | | $16,706.01 |

Fill in this information to identify the case:

Debtor name ___LJK Wallcoverings, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___New York___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>IRS | **Describe debtor's property that is subject to a lien**<br>_____<br>_____<br>_____ | $29,140.09 | unknown |
| **Creditor's mailing address**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Describe the lien**<br>Federal Tax Lien | | |
| **Creditor's email address, if known**<br>_____ | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority.<br>_____ | | | |

**Remarks:** 3/31/2017; 6/30/2017; 09/30/2017; 12/31/2017 Tax Periods

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $106,327.90

Debtor   LJK Wallcoverings, Inc.
Name

Case number (if known) _____

---

| **Part 1:** | Additional Page | | | |
|---|---|---|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2  Creditor's name**

IRS

**Describe debtor's property that is subject to a lien**

$38,204.75    unknown

**Creditor's mailing address**

Centralized Insolvency Operation

PO Box 7346

Philadelphia, PA 19101-7346

**Describe the lien**

Federal Tax Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 3/31/2018; 6/30/2018; 09/30/2018 Tax Periods

---

Debtor   LJK Wallcoverings, Inc.
_____          Case number (if known) _____
         Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** Creditor's name

IRS

**Describe debtor's property that is subject to a lien**

$8,983.06          unknown

_____

**Creditor's mailing address**

Centralized Insolvency Operation

PO Box 7346

Philadelphia, PA 19101-7346

_____

**Describe the lien**

Federal Tax Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 09/30/2019 Tax Period

Debtor     LJK Wallcoverings, Inc.                                          Case number (if known) _____
           Name

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

| **2.4** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $30,000.00 | unknown |

SBA EIDL

**Creditor's mailing address**

409 3rd Street SW

Washington, DC 20416

**Describe the lien**

Money Loaned (COVID 19 Economic Injury Disaster Loan)

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

**Date debt was incurred**    _____

☑ No

☐ Yes

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply.

☑ No

☐ Contingent

☐ Yes. Have you already specified the relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor    LJK Wallcoverings, Inc.                                    Case number (if known) _____
         _____
         Name

---

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Corporation Service Company, as Representative<br>801 Aldai Stevenson Drive<br>Springfield, IL 62703 | Line 2. _4_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | LJK Wallcoverings, Inc. |

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>NYS Dep't of Taxation and Finance<br><br>BANKRUPTCY SECTION<br><br>PO BOX 5300<br><br>Albany, NY 12205-0300<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>Tax Debt<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $150.00 | unknown |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **LJK Wallcoverings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express**

P.O. Box 981537

El Paso, TX 79998

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$13,836.17

---

**3.2** Nonpriority creditor's name and mailing address

**Can Capital**

414 West 14th Street

New York, NY 10014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Merchant Cash Advance

Is the claim subject to offset?
☑ No
☐ Yes

$58,500.15

---

**3.3** Nonpriority creditor's name and mailing address

**Can Capital**

414 West 14th Street

10014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Merchant Cash Advance

Is the claim subject to offset?
☑ No
☐ Yes

$13,031.63

---

**3.4** Nonpriority creditor's name and mailing address

**Forward Financing LLC**

53 State Street 20th Floor

Boston, MA 02109

Date or dates debt was incurred July 13, 2023

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Merchant Cash Advance

Is the claim subject to offset?
☑ No
☐ Yes

$23,961.84

| Debtor | **LJK Wallcoverings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.5

**Nonpriority creditor's name and mailing address**

Home Depot

P.O. Box 790328

Saint Louis, MO 63179

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$8,268.26

### 3.6

**Nonpriority creditor's name and mailing address**

Home Depot Pro

P.O. Box 790328

Saint Louis, MO 63179

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,800.00

### 3.7

**Nonpriority creditor's name and mailing address**

JP Morgan Chase Ink Card

PO Box 15369

Wilmington, DE 19850

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$25,748.36

### 3.8

**Nonpriority creditor's name and mailing address**

Lendini, Powered by Funding Metrics, LLC

3220 Tillman Drive Suite 200

Bensalem, PA 19020

Date or dates debt was incurred 6/29/2023

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Merchant Cash Advance

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$23,961.84

| Debtor | **LJK Wallcoverings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.9  Nonpriority creditor's name and mailing address

On Deck Capital

1500 Broadway 25th Floor

New York, NY 10018

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$34,437.60**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.10  Nonpriority creditor's name and mailing address

Sherwin Williams

Attn: President

101 Weste Prospect Ave.

Cleveland, OH 44115

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.11  Nonpriority creditor's name and mailing address

Silver Line Capital

99 Wall Street 1471

New York, NY 10005

Date or dates debt was incurred   August 10, 2023

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**   **$45,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **LJK Wallcoverings, Inc.** | Case number *(if known)* |
|--------|------------------------------|---------------------------|
|        | Name                         |                           |

<div style="background:black; color:white;">**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims</div>

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $150.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $254,045.85 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $254,195.85 |

Fill in this information to identify the case:

Debtor name _____ LJK Wallcoverings, Inc. _____

United States Bankruptcy Court for the:

_____ Southern District of New York _____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

### Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.**  Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>LJK Wallcoverings, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Southern</strong>   District of   <strong>New York</strong><br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **LJK Wallcoverings, Inc.** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | | | | ❏ D |
| | | Street | | ❏ E/F |
| | | | | ❏ G |
| | | City          State          ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name            LJK Wallcoverings, Inc.

United States Bankruptcy Court for the:

           Southern District of New York

Case number (if known): _____     Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*..................................................................................... | $0.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*................................................................................. | $16,706.01

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*................................................................................... | $16,706.01

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | $106,327.90

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... | $150.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | + $254,045.85

4. **Total liabilities**................................................................................................................... | $360,523.75

    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _____ LJK Wallcoverings, Inc. _____

United States Bankruptcy Court for the:
_____ Southern District of New York _____

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/10/2023___
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

_Scott Katz_
Printed name

_VIce President_
Position or relationship to debtor

---

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**American Express**
P.O. Box 981537
El Paso, TX 79998

**Can Capital**
414 West 14th Street
New York, NY 10014

**Can Capital**
414 West 14th Street
10014

**Corporation Service Company,
as Representative**
801 Aldai Stevenson Drive
Springfield, IL 62703

**Forward Financing LLC**
53 State Street 20th Floor
Boston, MA 02109

**Home Depot**
P.O. Box 790328
Saint Louis, MO 63179

**Home Depot Pro**
P.O. Box 790328
Saint Louis, MO 63179

**IRS**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**JP Morgan Chase Ink Card**
PO Box 15369
Wilmington, DE 19850

**Lendini, Powered by Funding Metrics, LLC**
3220 Tillman Drive Suite 200
Bensalem, PA 19020

**NYS Dep't of Taxation and Finance**
BANKRUPTCY SECTION
PO BOX 5300
Albany, NY 12205-0300

**On Deck Capital**
1500 Broadway 25th Floor
New York, NY 10018

**SBA EIDL**
409 3rd Street SW
Washington, DC 20416

**Sherwin Williams**
Attn: President
101 Weste Prospect Ave.
Cleveland, OH 44115

**Silver Line Capital**
99 Wall Street 1471
New York, NY 10005

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

IN RE: **LJK Wallcoverings, Inc.**                                        CASE NO

                                                                          CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____11/10/2023_____        Signature _____

                                                          Scott Katz, VIce President